UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
Attorney for Debtor
(856) 778-8677

**Order Filed on April 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.:   17-11269 |
| MaryAnn Mason | Judge: ABA |
| | Chapter: 13 |

## ORDER APPROVING APPLICATION FOR LOAN MODIFICATION

The relief as set forth on the following page, numbered two (2) it is hereby **ORDERED**

**DATED: April 27, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**In re: MaryAnn Mason**
**Case No.: 17-11269 (ABA)**
**Caption of Order: Order Approving Application for Loan Modification**

_____

This matter being opened to the Court by the Debtor, through her attorney, with notice to all creditors and the Trustee and that the Court having reviewed the application of the Debtor and any objections thereto and being of the opinion that the relief is appropriate and warranted and for good cause shown:

IT IS ORDERED that the Debtor's request to approve loan modification is granted;

IT IS FURTHER ORDERED that the Trustee will refrain from making any further disbursements regarding the Mortgage proof of claim;

IT IS FURTHER ORDERED that in the event a loan modification is completed, the secured creditor will either withdraw the proof of claim or amend its balance paid to date;

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not consummated;

IT IS FURTHER ORDERED that in the event that modification is not consummated; the secured creditor shall notify the Trustee and Debtor's attorney of same.  Any money that was held by the Trustee pending the completion of the modification shall be paid to secured creditor;

IT IS FURTHER ORDERED that in the event the Proof of Claim is withdrawn or amended, the Trustee may disburse the funds being held pursuant to this Order to other creditors the funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

IT IS FURTHER ORDERED that Debtor shall file Amended Schedule J within twenty

**In re: MaryAnn Mason**
**Case No.: 17-11269 (ABA)**
**Caption of Order: Order Approving Application for Loan Modification**
_____

(20) days of the date of this Order.

      IT IS FURTHER ORDERED that Debtor shall file a Modified Plan within twenty (20) days of the date of this Order to state that the mortgage arrears will be paid outside the plan through the loan modification.