UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Stacey L. Mullen, Esquire
2091 N. Springdale Road
Suite 17
Cherry Hill, NJ 08003
Attorney for Debtor
(856) 778-8677

**Order Filed on April 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

MaryAnn Mason

Case No.: 17-11269

Judge: ABA

Chapter: 13

## ORDER APPROVING APPLICATION FOR LOAN MODIFICATION

The relief as set forth on the following page, numbered two (2) it is hereby **ORDERED**

**DATED: April 27, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

In re: MaryAnn Mason
Case No.: 17-11269 (ABA)
Caption of Order: Order Approving Application for Loan Modification

_____

This matter being opened to the Court by the Debtor, through her attorney, with notice to all creditors and the Trustee and that the Court having reviewed the application of the Debtor and any objections thereto and being of the opinion that the relief is appropriate and warranted and for good cause shown:

IT IS ORDERED that the Debtor's request to approve loan modification is granted;

IT IS FURTHER ORDERED that the Trustee will refrain from making any further disbursements regarding the Mortgage proof of claim;

IT IS FURTHER ORDERED that in the event a loan modification is completed, the secured creditor will either withdraw the proof of claim or amend its balance paid to date;

IT IS FURTHER ORDERED that the Chapter 13 Trustee shall suspend disbursements to secured creditor pending completion of the loan modification and all money that would otherwise be paid to the secured creditor be held until the claim is withdrawn or amended or the Trustee is notified by secured creditor that the modification was not consummated;

IT IS FURTHER ORDERED that in the event that modification is not consummated; the secured creditor shall notify the Trustee and Debtor's attorney of same.  Any money that was held by the Trustee pending the completion of the modification shall be paid to secured creditor;

IT IS FURTHER ORDERED that in the event the Proof of Claim is withdrawn or amended, the Trustee may disburse the funds being held pursuant to this Order to other creditors the funds being held pursuant to this Order to other creditors in accordance with the provisions of the confirmed plan; and

IT IS FURTHER ORDERED that Debtor shall file Amended Schedule J within twenty

**In re: MaryAnn Mason**
**Case No.: 17-11269 (ABA)**
**Caption of Order: Order Approving Application for Loan Modification**

_____

(20) days of the date of this Order.

      IT IS FURTHER ORDERED that Debtor shall file a Modified Plan within twenty (20) days of the date of this Order to state that the mortgage arrears will be paid outside the plan through the loan modification.

United States Bankruptcy Court
District of New Jersey

In re:  
MaryAnn D. Mason  
    Debtor

Case No. 17-11269-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Apr 27, 2017  
                Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.  
db        +MaryAnn D. Mason,    417 Windward Road,    Villas, NJ 08251-1070

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2017 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com  
        Stacey L. Mullen    on behalf of Debtor MaryAnn D. Mason slmullen@comcast.net  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                 TOTAL: 4