Form 185 – ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  17–11269–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
MaryAnn D. Mason
417 Windward Road
Villas, NJ 08251

Social Security No.:
xxx–xx–2509

Employer's Tax I.D. No.:

---

### NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
### AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on April 13, 2017.

On 5/2/2017 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Andrew B. Altenburg Jr. on:

Date:                    June 14, 2017
Time:                    10:00 AM
Location:                Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street,
Camden, NJ 08101–2067

Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
      a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
      of a secure claim, such holders acceptance or rejection of the Plan before modification will
      be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
      holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
      the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: May 3, 2017
JAN: lgr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:
MaryAnn D. Mason
        Debtor

Case No. 17-11269-ABA
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2        Date Rcvd: May 03, 2017
                      Form ID: 185        Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2017.
```
db             +MaryAnn D. Mason,    417 Windward Road,   Villas, NJ 08251-1070
516603647      +AT&T,    P.O. Box 10330,   Fort Wayne, IN 46851-0330
516603648      +American Express,   P.O. Box 1270,   Newark, NJ 07101-1270
516729779       American Express Bank, FSB,   c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
516603643     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:  Bank of America,   P.O. Box 15019,   Wilmington, DE 19886)
516681104       BANK OF AMERICA, N.A.,   Bank of America,   PO Box 31785,   Tampa, FL 33631-3785
516603639      +Bank of America,    P.O. Box 31785,   Tampa, FL 33631-3785
516774008      +Bank of America, N.A.,    P O Box 982284,   El Paso, TX 79998-2284
516603649      +Cape Emergency Physicians PA,   P.O. Box 1801,   Indianapolis, IN 46206-1801
516603650      +Cape Regional Physicians Associates,   P.O. Box 593,   Cape May Court House, NJ 08210-0593
516609627     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit,   PO Box 62180,   Colorado Springs CO 80962-4400)
516603640      +KML Law Group,   216 Haddon Avenue,   Suite 406,   Westmont, NJ 08108-2812
516603645      +Macy's,   P.O. Box 9001094,   Louisville, KY 40290-1094
516603644      +Macy's American Express Account,   P.O. Box 9001108,   Louisville, KY 40290-1108
516603651      +NPAS, Inc,   P.O. Box 99400,   Louisville, KY 40269-0400
516603641      +Township of Lower,   2600 Bayshore Road,   Villas, NJ 08251-1300
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 03 2017 22:57:10    U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 03 2017 22:57:06    United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516762535       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 03 2017 22:54:19
                American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                Oklahoma City, OK  73124-8838
516603646      +E-mail/Text: mrdiscen@discover.com May 03 2017 22:56:12    Discover,   P.O. Box 71084,
                Charlotte, NC 28272-1084
516612435       E-mail/Text: mrdiscen@discover.com May 03 2017 22:56:12    Discover Bank,
                Discover Products Inc,   PO Box 3025,   New Albany, OH  43054-3025
516653327      +E-mail/PDF: gecsedi@recoverycorp.com May 03 2017 22:48:32    Synchrony Bank,
                c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                          TOTAL: 6
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516609052*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:  Ford Motor Credit Company LLC,   Dept  55953,   P O Box 55000,
                Detroit  MI, 48255-0953)
516603642*    ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:  National Bankruptcy Service Center,   P.O. Box 62180,
                Colorado Springs, CO 80962)
                                                                         TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 05, 2017                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 03, 2017
                             Form ID: 185              Total Noticed: 22

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 3, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Stacey L. Mullen    on behalf of Debtor MaryAnn D. Mason slmullen@comcast.net
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 4