| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Stacey L. Mullen, Esquire<br>2091 N. Springdale Road - Suite 17<br>Cherry Hill, New Jersey, 08003<br>(856) 778-8677<br>Attorney for Debtor(s)<br>Stacey L. Mullen, Esquire (SLM-5588) |
| In Re:<br><br>MaryAnn Mason,<br><br>       Debtor |

**Order Filed on August 29, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.: 17-11269 (ABA)

Chapter 13

Hearing Date:

Judge: ABA

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through _____ is hereby **ORDERED**

**DATED: August 29, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case No.  17-11269 (ABA)
Order Granting Supplemental Chapter 13 Fees
Page 2

    The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised:

    ORDERED that Stacey L. Mullen, the applicant, is allowed a fee of $ 500.00 for services rendered and expenses in the amount of $ 0.00 for a total of $ 500.00. The allowance shall be payable:

    XXXXX    through the Chapter 13 plan as an administrative priority.

            outside the plan.

    The debtor's monthly plan is modified to require a payment of $311.00 per month for  53  months to allow for payment of the aforesaid fee.

(Local Form 14 Rev. September 2002)